**HENRY M. ZACHS v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY ET AL.**

The motion by the defendant public utilities commission to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

The named defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Marshall R. Collins,* assistant attorney general, for the appellee (defendant public utilities commission).

*William J. O'Keefe,* for the appellee (named defendant).

*Joseph S. Rachlin,* for the appellant (plaintiff).

Argued December 2—decided December 2, 1975

**STATE OF CONNECTICUT v. BULL INVESTMENT GROUP, INC., ET AL.**

The state's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Daniel R. Schaefer,* assistant attorney general, for the appellee (state).

*Daniel J. Hagearty,* for the appellant (defendant).